462

Essie Thaden, Plaintiff, v. Guy Hartman, Defendant. Guy Hartman and Worth Windmiller, Appellants, v. Essie Thaden and Manley Thaden, Appellees.

Gen. No. 10,104.

opinion filed February 14, 1947; released for publication March 4, 1947. Anker C. Jensen, for appellants; Gower, Gray & Gower, for appellees. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.

Delia McGrath and Alice Lawless, Appellees, v. Frank Fluech and Delbert Fluech, Appellants.

Gen. No. 10,107.

opinion filed February 14, 1947; released for publication March 4, 1947. H. L. Richolson and Taylor E. Wilhelm, for appellants; Mark O. Roberts, of counsel; McMullen & Dixon, for appellees. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.